IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LUIS ALBERTO NUNEZ,

      Movant/Defendant,

v.                                                        Nos. 12-cv-1047 WJ/SMV
                                                               10-cr-3354 WJ

UNITED STATES OF AMERICA,

      Respondent/Plaintiff.

## ORDER TO ANSWER

This matter is before the Court *sua sponte* under rule 4(b) of the Rules Governing Section 2255 Cases, on Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [CV Doc. 1; CR Doc. 194]. The Court will direct the United States to answer Defendant's motion.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Clerk is directed to forward to the United States of America a copy of Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [CV Doc. 1; CR Doc. 194] and supporting papers and exhibits, if any, together with a copy of this Order.

**IT IS FURTHER ORDERED** that, within twenty-three days of entry of this Order, the United States answer Defendant's motion to vacate, set aside or correct sentence.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**